UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pace Electronics, Inc.

Civil No. 01-577 JMR/FLN

Plaintiff,

v.

ORDER

Lakeville Motor Express, Inc.
and Estes Express Lines,

Defendants.

---

Pursuant to the stipulation of counsel, the Rule 26 (F) conference in the above-referenced case shall be conducted by telephone.

Dated: April 26, 2001.

BY THE COURT:

Franklin L. Noel
Magistrate Judge of the United States
District Court
District of Minnesota



APR 2 7 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pace Electronics, Inc.

Plaintiff,

v.

Lakeville Motor Express, Inc.
and Estes Express Lines,

Defendants.

Civil No. 01-577 JMR/FLN

STIPULATION TO CONDUCT THE RULE 26 (F) CONFERENCE BY TELEPHONE

---

It is hereby stipulated by the parties, through their respective counsel, that the parties shall conduct the Rule 26 (F) Conference by telephone.

Dated: April 23, 2001.

DUNLAP & SEEGER, P.A.

By: Kari Stonelake-Hopkins
Kari Stonelake-Hopkins
Minnesota Registration No. 298311
Peter C. Sandberg
Minnesota Registration No. 095515

Attorneys for Plaintiff
206 S. Broadway, Suite 505
Marquette Bank Building
P.O. Box 549
Rochester, Minnesota 55903-0549
Telephone: (507) 288-9111

Dated: 4/19/, 2001.

KALINA, WILLS, GISVOLD & CLARK, PLLP

By: ______________________

Michael C. Glover
Minnesota Registration No. 185401

Attorneys for Defendants
941 Hillwind Road Northeast, Suite 200
Minneapolis, MN 55432-5964
Telephone: (612) 789-9000