137607

RECEIVED
BY MAIL
MAY - 2 2001
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-577 JMR/FLN Case Title: PACE ELECTRONICS, INC. V. LAKEVILLE MOTOR EXPRESS, INC. and ESTES EXPRESS LINES

**Affidavit of Movant**

I, MICHAEL C. GLOVER, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice LAWRENCE J. ROBERTS, an attorney admitted to practice in the SOUTHERN District of FLORIDA, but not admitted to the bar of this court, who will be counsel for the ()plaintiff (XX)defendant ESTES EXPRESS LINES in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the cases(s) listed above, and that I accept service of all papers served.

Signature 185401 MN Attorney License # 4/30/01 Date

**Afffidavit of Proposed Admittee**

I, LAWRENCE J. ROBERTS, am currently a member in good standing of the U.S. District Court for the SOUTHERN District of FLORIDA, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

LAWRENCE J. ROBERTS
Type/Print Name

Signature

4/25/01
Date

Attorney License Number: 343218

Law Firm Name & Address: ShawnCoulson, L.L.P.

777 Brickell Avenue, Suite 620

Miami, Florida 33131

Telephone: (305) 358-0202

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

MAY 02 2001
Date

Note: The original of this form the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 02 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK