UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pace Electronics, Inc.

Civil No. 01-577 JMR/FLN

Plaintiff,

v.

ORDER

Lakeville Motor Express, Inc.
and Estes Express Lines,

Defendants.

---

Pursuant to the stipulation of counsel, Plaintiff may file its Amended Compliant related to the above-referenced case.

Dated: MAY 29, 2001.

BY THE COURT:

Franklin L. Noel
Magistrate Judge of the United States
District Court
District of Minnesota

MAY 29 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pace Electronics, Inc.

Plaintiff,

v.

Lakeville Motor Express, Inc.
and Estes Express Lines,

Defendants.

Civil No. 01-577 JMR/FLN

STIPULATION TO FILE
THE AMENDED COMPLAINT

---

IT IS HEREBY STIPULATED between the parties as follows:

1. The Plaintiff may file its Amended Complaint in the form attached hereto.

Dated: May 9, 2001.

DUNLAP & SEEGER, P.A.

By: Kari Stonelake-Hopkins
Kari Stonelake-Hopkins
Minnesota Registration No. 298311
Peter C. Sandberg
Minnesota Registration No. 095515

Attorneys for Plaintiff
206 S. Broadway, Suite 505
Marquette Bank Building
P.O. Box 549
Rochester, Minnesota 55903-0549
Telephone: (507) 288-9111



DOSAL, CLERK

Dated: ____________________, 2001.

KALINA, WILLS, GISVOLD & CLARK, PLLP

By: ________________________________
Michael C. Glover
Minnesota Registration No. 185401

Attorneys for Defendants
941 Hillwind Road Northeast, Suite 200
Minneapolis, MN 55432-5964
Telephone: (612) 789-9000

Dated: May 8, 2001.

SHAWN COULSON LLP

By: ______________________

Lawrence J. Roberts
FL Bar No. 343218

Attorneys for Defendant Estes Express Lines, Inc.
777 Brickell Avenue, Suite 620
Miami, FL 33131
Telephone: (305) 358-0202