UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pace Electronics, Inc.,

Plaintiff,

v.

Lakeville Motor Express, Inc. and
Estes Express Lines, Inc.,

Defendants.

Civil File No.: 01-577 JMR/FLN

**STIPULATION AND ORDER EXTENDING PRETRIAL DATES**

## STIPULATION

WHEREAS, the parties have been diligently proceeding with discovery in this matter;

WHEREAS, the parties hereto have not yet completed all of the discovery in this matter which, upon completion, may lead to the resolution of this matter without further assistance from the Court;

WHEREAS, counsel for Plaintiff has been newly assigned to this case;

WHEREAS, counsel for the parties hereto believe that the pretrial deadlines in this matter as provided in the Court's May 14, 2001 Pretrial Schedule (the "Schedule") should be modified to allow the parties to complete discovery and identify expert witnesses;

WHEREAS, the parties request that the Court amend the Schedule as provided below,

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective undersigned counsel, as follows:

1. That item #1(b) of the Schedule be amended to read as follows:

   "1(b) All discovery shall be commenced in time to be completed by December 1, 2001."

2. That item # 2 of the Schedule shall be amended to read as follows:

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

"2(a) Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made a follows:

1) By Plaintiff(s) on or before January 2, 2002.
2) By Defendant(s) on or before February 4, 2002.

2(b) Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before February 4, 200.
2) By defendant(s) on or before March 4, 2002.

2(c) Each party may depose no more than 1 expert witness on or before April 1, 2002."

3. That the Court may issue a schedule which conforms to the foregoing stipulation.

Date: September 21, 2001

**DUNLAP & SEEGER, P.A.**

By: ______________________ for
Peter C. Sandberg (095515)
Robert Benner (__________)
Attorneys for Plaintiff
206 South Broadway, Suite 505
Marquette Bank Building
PO Box 549
Rochester, MN 55903-0549
(507) 288-9111

Date: September 20, 2001

**KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.**

By: ______________________
Michael C. Glover (18340)
Attorneys for Defendants
941 Hillwind Road N.E., Suite 200
Minneapolis, MN 55432
(763) 572-3463

IN ASSOCIATION WITH:

**SHAWN COULSON, LLP**

Lawrence J. Roberts (FL Bar No. 343218)
Attorneys for Defendant Estes Express Lines, Inc.
777 Brickell Avenue, Suite 620
Miami, FL 33131
(305) 358-0202

**ORDER**

The foregoing Stipulation of the parties in this matter came before the undersigned on the 28th day of Sept, 2001. The Court finds that good cause exists for the matters address in the Stipulation.

1. That item #1(b) of the Schedule be amended to read as follows:

"1(b) All discovery shall be commenced in time to be completed by December 1, 2001."

2. That item # 2 of the Schedule shall be amended to read as follows:

"2(a) Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made a follows:

1) By Plaintiff(s) on or before January 2, 2002.
2) By Defendant(s) on or before February 4, 2002.

2(b) Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before February 4, 200.
2) By defendant(s) on or before March 4, 2002.

2(c) Each party may depose no more than 1 expert witness on or before April 1, 2002."

The Trial Ready date: JUNE 1, 2002 remains unchanged.

SO ORDERED.

Dated: 9.28.01

Franklin L. Noel
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500