ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pace Electronics, Inc.,

Plaintiff,

v.

Lakeville Motor Express, Inc. and
Estes Express Lines, Inc.,

Defendants.

No.: 01-577 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Plaintiff, Pace Electronics, Inc. ("Pace") and Defendants, Lakeville Motor Express, Inc. ("Lakeville") and Estes Express Lines, Inc. ("Estes"), through their respective undersigned counsel, hereby stipulate and agree that any and all claims made by and between Pace and Lakeville and by and between Pace and Estes, including claims and counterclaims, in the above-captioned matter may and are hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, without costs or fees to either party.

It is further stipulated and agreed that the Court may issue an order in conformity with the foregoing.

Dated: ~~April~~ ___, 2002
May 17, 2002

**KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.**

By: ______________________
Michael C. Glover (MN #185401)
Attorneys for Lakeville Motor Express, Inc.
6160 Summit Drive, #560
Minneapolis, MN 55430
612-789-9000
Fax: 763-503-7070

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED MAY 30 2002
DEPUTY CLERK'S INITIALS ______

Dated: April ___, 2002

**LAWRENCE J. ROBERTS AND ASSOCIATES, P.A.**

By: ______________________________
Lawrence Roberts (FL #343218)

Attorneys for Estes Express Lines, Inc.
777 Brickell Ave #620
Miami, FL 33131
305-358-0202
Fax: 305-358-0203

Dated: April 23, 2002

**DUNLAP & SEEGER, P.A.**

By: ______________________________
Robert Benner (MN #227420)

Attorneys for Pace Electronics, Inc.
P.O. Box 549
Rochester, MN 55903
507-288-9111
Fax: 507-288-9342

## ORDER

This matter came before the undersigned upon the foregoing Stipulation of Dismissal with Prejudice. Based upon the foregoing, the records and pleadings on file;

IT IS HEREBY ORDERED, that this matter is hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, without costs or fees to any party.

SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 29th, 2002

Honorable JAMES M. ROSENBAUM,
Chief Judge of the United States District Court

I:\HOME\COMLIT\LAKEVILL\PACE\STIP-DIS.WPD

## *Featured Speakers Include:*

<u>District of Minnesota</u>

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

<u>United States Bankruptcy Court</u>
<u>District of Minnesota</u>

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** *Judge Ann D. Montgomery* |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | **Current Issues in Employment Law,** *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; **Response by the Department of Justice --** *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building